1
2
3
4
5
6             **IN THE UNITED STATES DISTRICT COURT**
7        **FOR THE EASTERN DISTRICT OF CALIFORNIA**
8

| | | |
|---|---|---|
| 9 Clyde Brown, | ) | No. 1:08-CV-1116-MHM |
| | ) | |
| 10      Plaintiff, | ) | **ORDER** |
| | ) | |
| 11 vs. | ) | |
| | ) | |
| 12 Warden D. Adams, et al., | ) | |
| | ) | |
| 13      Defendants. | ) | |
| | ) | |

14

15      Pursuant to 28 U.S.C. § 1915A(a), when a prisoner files a civil rights complaint

16 seeking redress from a governmental entity, officer, or employee, the Court must screen the

17 complaint "as soon as practicable" after docketing. 28 U.S.C. § 1915A(a). If a plaintiff has

18 raised claims that are legally frivolous or malicious, fail to state a claim upon which relief

19 may be granted, or seek monetary relief from a defendant who is immune from such relief,

20 then the Court must dismiss the complaint or any portion thereof. 28 U.S.C. § 1915A(b)(1),

21 (2). At this time, the above-captioned case has not been statutorily screened. The Court

22 advises the parties that the Court is conducting statutory screening. The matter will proceed

23 following the issuance of the statutory screening order.

24      DATED this 28th day of January, 2009.

25
26
27 _____
               Mary H. Murguia
28            United States District Judge