IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Clyde Brown,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>D. Adams, et al.,<br><br>　　　　Defendants. | No. 1-CV-08-1116-PHX-MHM<br><br>**ORDER** |

　　　　The Court is in receipt of Defendant Womack's request that the Court issue an order concerning Plaintiff's requirements for opposing a motion for summary judgment and request for a Discovery Order. Good cause appearing,

　　　　**IT IS ORDERED** granting Defendant's Request for Orders. (Doc. # 30) The Court will issue said orders forthwith.

　　　　DATED this 20th day of January, 2010.

_____
Mary H. Murguia
United States District Judge