IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Clyde Brown, | ) | No. CV 1-08-1116-PHX-MHM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| D. Adams, et al., | ) | |
| Defendants. | ) | |

Pending before the Court is Plaintiff's Motion Requesting Reply (Response) to Petitioner Brown's Summary Judgment. (Doc. # 41)  On February 22, 2010, Plaintiff filed a 108-page Motion for Summary Judgment. (Doc. # 38)  Thereafter, on March 11, 2010, Defendants filed an Opposition to Motion for Summary Judgment, arguing that the Court should deny Plaintiff's motion because he failed to include a separate statement of undisputed material facts with citations to evidence to support these facts as required by Local Rule 260(a). (Doc. # 39)

The Court will not deny Plaintiff's summary judgment motion on this basis but will require Plaintiff to submit a revised Motion for Summary Judgment "accompanied by a 'Statement of Undisputed Facts' that shall enumerate discretely each of the specific material facts relied upon in support of the motion and cite the particular portions of any pleading,

affidavit, deposition, interrogatory answer, admission, or other document relied upon to establish that fact . . . ." See Local Rule 260(a).

Accordingly,

**IT IS ORDERED** directing Plaintiff to submit a revised Motion for Summary Judgment accompanied by a separate statement of undisputed material facts with citations to specific evidence to support each fact within 30 days of the date of this order.

In light of the Court's ruling above,

**IT IS FURTHER ORDERED** dismissing Plaintiff's Motion for Summary Judgment with leave to re-file as ordered above. (Doc. # 38)

**IT IS FURTHER ORDERED** denying Plaintiff's Motion Requesting Reply (Response) to Petitioner Brown's Summary Judgment. (Doc. # 41)

DATED this 18th day of May, 2010.

_____
Mary H. Murgula
United States District Judge