IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Clyde Brown, | ) | 1:08-CV-1116-MHM |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Warden D. Adams, et al.,, | ) ) | |
| Defendant. | ) ) ) | |

**IT IS ORDERED** setting this matter for a Telephonic Status Hearing on July 6, 2011 at 2:00 p.m., at which time the Court will set this matter for a Final Pretrial Conference and Trial date. Additionally, the Court will consider the Plaintiff's Motion for Continuance and Request to Order Transfer Postponed (Doc. 68) on this date.

**IT IS FURTHER ORDERED** directing defense counsel to arrange with the California Department of Corrections for the Plaintiff to appear by telephone.

**IT IS FURTHER ORDERED** directing defense counsel to facilitate the conference call with the Plaintiff and the Court. The Court may be reached at 602-322-7580.

DATED this 23rd day of June, 2011.

_____
Mary H. Murguia
United States District Judge