IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| Clyde Brown, | ) No. 1:08-CV-1116-MHM |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| Warden D. Adams, et al., | ) |
| Defendants. | ) |

**IT IS ORDERED** setting this matter for Jury Trial on Wednesday, September 28, 2011 at 9:00 a.m. in Fresno, California.

**IT IS FURTHER ORDERED** setting a telephonic Final Pretrial Conference on Tuesday, August 30, 2011 at 2:00 p.m. Defense counsel shall arrange a conference call with the Plaintiff and contact the Court at 602-322-7580.

DATED this 12th day of July, 2011.

_____
Mary H. Murguia
United States District Judge