1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7                   FOR THE EASTERN DISTRICT OF CALIFORNIA
8
9    Clyde Brown,                      )     No. CV 1-08-1116-MHM
                                        )
10                 Plaintiff,           )     **ORDER**
                                        )
11   vs.                                )
                                        )
12                                      )
     D. Adams, et al.,                  )
13                                      )
                   Defendants.          )
14                                      )
                                        )
     _____      )
15
16
17        On July 29, 2011, Plaintiff filed a Request (Motion) for Postponement of trial for 90

18   days due to his transfer on July 19, 2011, to CSP-Pelican Bay State Prison.  (Doc. 80).

19   Plaintiff asserts that it will take this amount of time to receive material from his property

     necessary to prepare for the final pre-trial conference.  Accordingly,
20
21        **IT IS ORDERED** directing Defendant to filed a response to Plaintiff's motion to

22   postpone trial by August 10, 2011.

23        DATED this 29th day of July, 2011.
24
25
26                                        _____
                                                  Mary H. Murguia
27                                                  Circuit Judge
                                          Designated as United States District Judge
28