# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLYDE BROWN,<br><br>        Plaintiff,<br><br>   v.<br><br>D. ADAMS, et al.,<br><br>        Defendants. | NO. 1:08-CV-01116 MHM<br><br>ORDER RANDOMLY REASSIGNING THIS ACTION FOR TRIAL ON NOVEMBER 15, 2011, TO ANOTHER DISTRICT JUDGE |

The court finds it necessary to randomly reassign this action for trial on November 15, 2011, from the docket of Circuit Judge Mary H. Murguia to a District Judge and a Magistrate Judge. <u>See</u> Local Rule Appendix A(f)(1). The Clerk of the Court is DIRECTED to randomly reassign this action to a new District Judge and a Magistrate Judge.

IT IS SO ORDERED.

Dated:  October 11, 2011

                                            CHIEF UNITED STATES DISTRICT JUDGE